UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
DAYSHON CULLER and LATISHA HARDAMON,

                Plaintiffs,

-against-

TRACY SHENK and HAINSLEY WATTS,

                Defendants.
-------------------------------------------------------- X

22-CV-3077 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       On May 6, 2022, the parties filed a proposed case management plan in which they indicated that they consent to having a United States Magistrate Judge conduct all proceedings in this action. (Doc. 10.) In light of this, on May 10, 2022, I entered an order reminding the parties that "they must file the appropriate form to give notice of their consent" and file it on the docket. (Doc. 11.) I directed the parties to file this consent form by May 16, 2022. (*Id.*) That deadline has passed, and the parties have yet to file the consent form. Accordingly, it is hereby

       ORDERED that the parties must file the consent form by May 20, 2022 or otherwise advise the Court about how they wish to proceed in this matter. Failure to do so will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 17, 2022
              New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge