UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CULLER et al.,

                Plaintiffs,

  -v-

SHENK et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3077 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The parties in this action have consented to proceed before the undersigned. (ECF No. 14). On April 27, 2022, Plaintiffs filed a Motion to Remand the present proceedings to state court. (ECF No. 8) On May 6, 2022, Defendants took the position that "if the plaintiffs will agree the monetary value of their case is below this [sic] $75,000, then the defendants will consent to the case being remanded." (ECF No. 9). Accordingly, by **Tuesday, May 31, 2022**, Plaintiffs are directed to submit a letter advising the Court whether the amount in controversy exceeds $75,000.

Dated:     New York, New York
             May 26, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge