UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CULLER et al., | |
| Plaintiffs, | |
| -v- | CIVIL ACTION NO.: 22 Civ. 3077 (SLC) |
| SHENK et al., | **ORDER** |
| Defendants. | |

**SARAH L. CAVE**, United States Magistrate Judge.

On May 27, 2022, the Court directed Plaintiffs to submit a letter (the "Letter") by May 31, 2022, advising the Court whether the amount in controversy exceeds $75,000. (ECF No. 15). To date, Plaintiffs have not submitted the Letter. Accordingly, Plaintiffs are directed to submit the Letter by **Friday, June 10, 2022**.

Plaintiffs are warned that failure to submit the Letter constitutes violation of a Court Order, and may result in the award of sanctions or dismissal of this matter for failure to prosecute. See Fed. R. Civ. P. 37, 41.

Dated:    New York, New York          SO ORDERED.
          June 6, 2022

_____
SARAH L. CAVE
United States Magistrate Judge