UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CULLER et al.,

                Plaintiffs,

-v-

SHENK et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3077 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

On June 7, 2022, the Court directed Defendants to file, by June 15, 2022, a complete set of pleadings, including all provisions that were not attached to the Notice of Removal (the "Pleadings"). (ECF No. 18). To date, Defendants have failed to submit the Pleadings. By **Friday, June 24, 2022**, Defendants shall file the Pleadings. Failure to comply with this Order may result in vacatur of the Notice of Removal and remand of this case.

Dated:     New York, New York
            June 16, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge