UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CULLER et al.,

                Plaintiffs,

  -v-

SHENK et al.,

                Defendants.

CIVIL ACTION NO.: 22 Civ. 3077 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the discovery conference held today, July 6, 2022 (the "Conference"), the Court Orders that by **Friday, July 15, 2022**, the parties shall file a proposed stipulation (i) substituting the correct defendant named Hainsley Watts in place of the incorrect defendant with the same name, and (ii) remanding this action to state court.

Dated:    New York, New York
            July 6, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge